# UNITED STATES of America, Appellee,

v.

## Anthony FERNANDEZ, Appellant.

No. 22596.

United States Court of Appeals
Ninth Circuit.

Oct. 18, 1968.

Anthony Fernandez, Pro se, for appellant.

Eugene G. Cushing, U. S. Atty., John S. Obenour, Asst. U. S. Atty., Tacoma, Wash., for appellee.

Before CHAMBERS, HAMLEY and MERRILL, Circuit Judges.

PER CURIAM:

Anthony Fernandez appeals from an order denying his motion for a new trial on the ground of newly-discovered evidence. This is Fernandez' fourth motion for a new trial, his three previous motions, and a motion for relief under 28 U.S.C. § 2255, having been denied. He was convicted in December, 1962 on several counts of two indictments charging interstate frauds in violation of 18 U.S.C. § 2314 (1964), and conspiracy, in violation of 18 U.S.C. § 371 (1964). Our decision affirming the conviction became final on April 29, 1964. Fernandez v. United States, 9 Cir., 329 F.2d 899.

Our examination of the record convinces us that the district court did not abuse its discretion in denying the motion.

Affirmed.

# Newell ALLIGOOD, Appellant,

v.

## Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Appellee.

No. 25968.

United States Court of Appeals
Fifth Circuit.

Oct. 9, 1968.

Newell Alligood, pro se.

Earl Faircloth, Atty. Gen., Tallahassee, Fla., Robert R. Crittenden, Asst. Atty. Gen., Lakeland, Fla., for appellee.

ORDER

Before BELL, THORNBERRY and AINSWORTH, Circuit Judges.

BY THE COURT:

In light of the decisions in Peyton v. Rowe, 391 U.S. 54, 88 S.Ct. 1549, 20 L. Ed.2d 426 [May 20, 1968], and Stepp v. Beto, 398 F.2d 814 [Fifth Circuit July 11, 1968],

It is ordered that the judgment of the district court be reversed and the case remanded to that court which, in its own discretion, may choose to reconsider the question as to whether petitioner has exhausted his state remedies as required by 28 U.S.C. § 2254. If the district court chooses not to reopen that question, or having done so, finds that all available state remedies have been exhausted,

It is ordered that the district court proceed with consideration of the merits of the petition.